**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:    Clifford Milton v. The State of Texas

Appellate case number:   01-22-00335-CR

Trial court case number:  1612515

Trial court:           337th District Court of Harris County

On January 3, 2023, Appellant Clifford Milton filed a Third Motion for Extension of Time Within Which to File Appellate Brief. The motion is **granted.** Appellant's brief is due January 23, 2023. **No further extensions will be granted**.

If Appellant's brief is not filed by January 23, 2023, the case will be abated and remanded to the trial court for a hearing to determine (a) whether Appellant desires to prosecute his appeal; (b) whether Appellant's counsel has abandoned the appeal; (c) the reason for the failure to file a brief; and (d) if Appellant desires to continue the appeal, a date certain when Appellant's brief will be filed. TEX. R. APP. P. 38.8(b).

It is so ORDERED.

Judge's signature: /s/ Veronica Rivas-Molloy
                 Acting individually


Date: January 10, 2023